IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WAYNE WITHERS and wife, § | | |
| CATHY WITHERS, § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 2:13-cv-00180 |
| § | | JURY TRIAL DEMAND |
| SCHNEIDER NATIONAL CARRIERS, § | | |
| INC. § | | |
| *Defendant.* § | | |

## **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

On this day, the Court considered the parties' stipulation that this action brought by Plaintiffs Wayne Withers and wife Cathy Withers against Defendant Schneider National Carriers, Inc. and the Complaint in Intervention brought by Ron L. Adkison be dismissed with prejudice to the re-filing of all claims and causes of action contained in this action and any claims arising from the facts of this case in this or any other court.  After considering the Stipulation of Dismissal with Prejudice for all claims, this Court is of the opinion that the case be dismissed with prejudice.

It is THEREFORE ORDERED that:

The claims asserted by Plaintiffs Wayne Withers and wife Cathy Withers against Defendant Schneider National Carriers, Inc. and the Complaint in Intervention asserted by Ron L. Adkison are hereby dismissed with prejudice to the re-filing of all claims and causes of action contained in this action and any claims arising from the facts of this case in this or any other court.

**So Ordered and Signed on this**

**Mar 31, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE